IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 06-cr-126-bbc |
| TIMOTHY CLARK | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Timothy has filed a timely motion for reconsideration of the denial of his motion for relief pursuant to 18 U.S.C. § 3582. I will deny the motion for reconsideration because I am not persuaded that it was error to dismiss defendant's motion.

ORDER

IT IS ORDERED that defendant Timothy Clark's motion for reconsideration is DENIED.

Entered this 20th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1